Carly M. Roman (No. 349895)
Andrew G. Gunem (No. 354042)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com
agunem@straussborrelli.com

*Attorney for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**EDINA COLE**, on behalf of herself and all others similarly situated,

Plaintiff,

v.

**SOLAIRUS AVIATION LLC**,

Defendant.

Case No. 3:25-cv-03035-RFL

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edina Cole hereby gives notice that her claims in this action against Defendant Solairus Aviation LLC are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 21, 2026

Respectfully submitted,

By: */s/ Carly M. Roman*
Carly M. Roman (No. 349895)
Andrew G. Gunem (No. 354042)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100

Facsimile: (872) 263-1109
croman@straussborrelli.com
agunem@straussborrelli.com

*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 21st day of April, 2026.

STRAUSS BORRELLI PLLC

By: *<u>/s/ Carly M. Roman</u>*

Carly M. Roman
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com